

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00207-CV

Eduardo **AQUINO**,
Appellant

v.

Piedad **AQUINO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19584
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellee's brief was originally due October 1, 2021. After the court granted two extensions, the brief was due December 1, 2021. Appellee then filed an unopposed motion for a sixty-day extension because the parties were engaged in settlement discussions and scheduled for a mediation on December 24, 2021. We granted the extension and ordered appellee to file a status report of settlement negotiations on December 30, 2021, followed by her brief or a motion that disposed of the appeal by January 31, 2022. We also advised the parties that further extensions would be disfavored.

On January 31, 2022, appellee did not file a brief or a motion that disposed of the appeal. Instead, appellee filed an unopposed motion for a sixty-day extension of time to file her brief. She explains that the parties have agreed on the material terms of the settlement agreement, but a January 18, 2022 inspection report has necessitated additional work by the parties in finalizing the settlement agreement.

We **grant** the requested extension, and **order** appellee to file her brief or a motion that disposes of the appeal in accordance with Texas Rule of Appellate Procedure 42.1 by **April 1, 2022**. We further **order** appellee to file a status report advising the court of the status of settlement negotiations by **March 1, 2022**. Absent extraordinary circumstances, appellee is advised that no further extensions of time will be granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court